FILED

04/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0189

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0189

_____

DISABILITY RIGHTS MONTANA,

      Petitioner,

  v.

MONTANA JUDICIAL DISTRICTS 1-22,           O R D E R
MONTANA COURTS OF LIMITED
JURISDICTION, MONTANA DEPARTMENT
OF CORRECTIONS, and THE MONTANA
BOARD OF PARDONS AND PAROLE,

      Respondents.

_____

     Pursuant to Petitioner Disability Rights Montana's motion for leave to file a reply brief in the referenced matter, and good cause appearing,

     IT IS HEREBY ORDER that the motion is GRANTED.

     The Clerk is directed to file the Petitioner's reply brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 7 2020